THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher
 Herron, Appellant.
 
 
 

Appeal From Charleston County
  Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2009-UP-123
 Submitted March 2, 2009  Filed March 5,
2009

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: Herron
 appeals his guilty plea to first degree burglary.  On appeal, Herron alleges the plea did not meet the mandates of Boykin v.
 Alabama, 395 U.S. 238 (1969).  After
 a thorough review of the record and counsels brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Herrons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
Short, Thomas, and Geathers,
jj., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.